UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

RASHAAN INGRAM,

                    Petitioner,

    v.

AMY LAMANNA, Superintendent, Five Points
Correctional Facility,

                    Respondent.

**TRANSFER ORDER**
21-cv-3672 (LDH)

LaSHANN DeARCY HALL, United States District Judge:

    *Pro se* petitioner Rashaan Ingram, currently incarcerated at Five Points Correctional

Facility in Romulus New York, brings the instant petition for a writ of habeas corpus pursuant to

28 U.S.C. § 2254, challenging his May 18, 2013 Dutchess County Criminal Court conviction.

Because petitioner is challenging a Dutchess County, New York conviction, the Clerk of Court is

directed to transfer this case to the United States District Court for the Southern District of New

York.[1] That provision of Rule 83.1 of the Local Rules of the Eastern District of New York which

requires a seven day delay is waived.  The Clerk of the Court is directed to mail a copy of this

Order to the Petitioner and to close this case.

                                    SO ORDERED.

Dated: Brooklyn, New York
      July 8, 2021

/s/ LDH
LaSHANN DeARCY HALL
United States District Judge

---

[1] *See* 28 U.S.C. § 112(b) ("The Southern District comprises the counties of Bronx, Dutchess, New York, Orange, Putnam, Rockland, Sullivan, and Westchester and concurrently with the Eastern District, the waters within the Eastern District.")