UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RASHAAN INGRAM,<br><br>                              Petitioner,<br><br>-against-<br><br>AMY LAMANNA, Superintendent Five Points Correctional Facility,<br><br>                              Respondent. | 21-CV-6023 (LTS)<br><br>CIVIL JUDGMENT |

    Pursuant to the order issued September 20, 2021, dismissing the petition,

    IT IS ORDERED, ADJUDGED AND DECREED that the petition is dismissed a time-barred. Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   September 20, 2021
            New York, New York

                                            /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                          Chief United States District Judge