*Paul D. Petrus Jr.*

Attorney at Law & Associates, P.C.

The Empire State Building
350 Fifth Ave., Suite 4020
New York, NY 10118
212.564.2440
www.petruslaw.com

# MEMO ENDORSED

August 17, 2022

Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312
Attn: The Honorable Laura Taylor Swain, Room 17C

**Re: Rashaan Ingram, 21-CV-6023 (LTS)**

Greetings. On July 26, 2022, your Honor ordered that Mr. Ingram's declaration be received within 30 days. I write to request an extension to file his declaration and supply a letter brief in support 45 days from today's date, as our office was just retained by Mr. Ingram's family on August 15, 2022, and Mr. Ingram remains incarcerated. My office has made no previous requests for extensions in this matter.

Thank you for your consideration. Please advise.

The foregoing request is granted for the reasons stated above.
This resolves docket entry no. 18.
SO ORDERED.
8/22/2022
/s/ Laura Taylor Swain, Chief USDJ

Yours,

Paul D. Petrus Jr.

Cc: New York State Attorney General's Office-Generic
Via email: criminalappealshabeas@ag.ny.gov