USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/15/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RASHAAN INGRAM,

                Plaintiff,

-against-

AMY LAMANNA, Superintendent Five Points Correctional Facility,

                Defendant.

21-CV-06023 (MMG)

**ORDER WITHDRAWING REFERENCE TO MAGISTRATE JUDGE**

MARGARET M. GARNETT, United States District Judge:

    On May 26, 2023, the Court referred this case to Magistrate Judge Wang for habeas corpus review. *See* Dkt. No. 24. It is hereby ORDERED that the reference is WITHDRAWN.

Dated: March 15, 2024
       New York, New York

                              SO ORDERED.

                              MARGARET M. GARNETT
                              United States District Judge