USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/15/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RASHAAN INGRAM,

                       Plaintiff,

-against-

AMY LAMANNA, Superintendent Five Points Correction Facility,

                       Defendant.

21-CV-06023 (MMG)

**NOTICE OF REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

      This case has been reassigned to the undersigned. On March 15, 2024, the Court withdrew the reference of this case to Magistrate Judge Wang. All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

      On September 29, 2022, Petitioner filed a Memorandum of Law and Declaration regarding the timeliness of his writ of habeas corpus. *See* Dkt. Nos. 1, 22. To date, Respondent has not filed a response. It is hereby ORDERED that if Respondent does not file its response **by March 29, 2024**, then the Court will treat Petitioner's Memorandum of Law and Declaration as unopposed.

Dated: March 15, 2024
       New York, New York

                                             SO ORDERED.

                                             MARGARET M. GARNETT
                                             United States District Judge